UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOSEPH D. ROBINSON, individually as Father and Legal Guardian of the Minor Child E.R., et al., ) ) ) ) Plaintiffs, ) ) v. ) ) ) ALCOA CITY SCHOOLS BOARD OF ) EDUCATION, et al., ) ) Defendants. ) | No. 3:19-CV-17-TAV-HBG |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Defendants' Motion to Quash [Doc. 16], requesting that the Court quash two subpoenas there were prematurely filed because the parties had not conducted their Rule 23(f) conference. Plaintiffs filed a Response [Doc. 17], stating that the appropriate remedy is to extend the time for the nonparties to respond to the subpoenas.

On February 27, 2019, the parties conducted their Rule 26(f) conference, and they filed their discovery plan on February 28, 2019. Subsequently, on March 26, 2019, the parties reported to the Court that the issues raised in the Motion to Quash are now moot. Accordingly, the Court **DENIES** the Motion to Quash [**Doc. 16**] as **MOOT**.

IT IS SO ORDERED.

ENTER:

*Bruce Guyton*
United States Magistrate Judge