UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

JOSEPH D. ROBINSON, et al.,      )
       )
     Plaintiffs,      )
       )
v.      )     No.:   3:19-CV-17-TAV-HBG
       )
ALCOA CITY SCHOOLS BOARD     )
OF EDUCATION,      )
       )
     Defendant.     )

## **ORDER**

This civil matter is before the Court on periodic review.  Upon a careful review of

defendant's pending summary judgment motion and the record in this case, the Court is of

the opinion that mediation will facilitate a possible resolution in this action.  Accordingly,

pursuant to Local Rule 16.4, the Court hereby **ORDERS** the parties to mediate this action

in good faith within **ninety (90) days** of the entry of this Order.  *See* E.D. Tenn. L.R.

16.4(a) ("With or without the agreement of the parties in any civil action, except those

exempted pursuant to Local Rule 16.3, the Court may refer all or part of the underlying

dispute to mediation pursuant to this Local Rule.").  Within **seven (7) days** following the

conclusion of the mediation, the mediator shall **FILE** a report with the Court stating the

outcome of the mediation, as contemplated by Local Rule 16.4(m).

In light of the order of mediation, the trial and final pretrial conference scheduled

for June 9, 2020, and June 2, 2020, respectively, are hereby **CANCELLED**, and this action

is **STAYED**.  If the parties are unable to resolve this action pursuant to mediation, the

Court will lift the stay and reset the trial and final pretrial conference after the mediator

files his report stating the outcome of the mediation.

IT IS SO ORDERED.


s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE